**98–1494.   Pingue v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 96–P–263.   On motion for oral argument.   Motion denied.
    PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**98–2006.   State v. Loomer.**
Cuyahoga App. No. 72302.   On motion for leave to file delayed appeal.   Motion denied.

**98–2494.   State v. Appling.**
Cuyahoga App. No. 72719.   On motion for leave to file delayed appeal.   Motion denied.

**98–2496.   State v. Draughon.**
Franklin App. No. 97APA11–1536.   On motion for leave to file delayed appeal.   Motion denied.
    MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**98–2508.   State v. Cuevas.**
Lorain App. No. 91CA005043.   On motion for leave to file delayed appeal.   Motion denied.

**98–2528.   State v. McDade.**
Lake App. No. 97–L–059.   On motion for leave to file delayed appeal.   Motion denied.
    MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**98–2534.   State v. Campbell.**
Cuyahoga App. No. 62216.   On motion for leave to file delayed appeal.   Motion denied.

**98–2586.   State v. Ference.**
Portage App. No. 97–P–0073.   On motion for leave to file delayed appeal.   Motion denied.
    MOYER, C.J., and PFEIFER, J., dissent.

**98–2603.   State v. Edmonson.**
Portage App. No. 97–P–0067.   On review of order certifying a conflict.   The court determines that a conflict exists; the parties are to brief the issue stated at page 4 of the court of appeals' Judgment Entry filed December 2, 1998:
    "Whether explicit findings are necessary to satisfy the requirements of R.C. 2929.14(B) and (C)."
    F.E. SWEENEY, J., dissents.

## DISCRETIONARY APPEALS ALLOWED

**98–219.   Pretty v. Mueller.**
Hamilton App. Nos. C–970011 and C–970332.
    MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**98–1992.   State v. Craig.**
Lucas App. No. L–98–1137.   Discretionary appeal allowed; *sua sponte*, cause held for the decision in 98–1779, *State v. Conyers*, Lucas App. No. L–97–1327, and 98–1929, *State v. Schultz*, Hamilton App. No. C–970954; briefing schedule stayed.
    RESNICK, J., not participating.

**98–2044.   State v. Snowder.**
Licking App. No. 98CA22.   Discretionary appeal allowed; *sua sponte*, cause consolidated with 98–1779, *State v. Conyers*, Lucas App. No. L–97–1327, and 98–1929, *State v. Schultz*, Hamilton App. No. C–970954.

**98–2102.   Chicago Title Ins. Co. v. Huntington Natl. Bank.**
Delaware App. No. 97CA006836.   (Appeal of Huntington National Bank and cross-appeal of Chicago Title Company.)
    RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.